STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Geoffrey_Hansen@fd.org

Counsel for Defendant Rose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE ROSE,<br><br>Defendant. | **Case No.:** CR 19–331 WHO<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Court:** Courtroom 2, 17th Floor<br>**Hearing Date:** February 6, 2020<br>**Hearing Time:** 1:30 p.m. |

1  The defendant stands before the Court to be sentenced for selling drugs and possessing
2  ammunition. He respectfully asks the Court to accept the Fed.R.Crim.P. 11(c)(1)(C) plea entered into
3  by the defendant and the Government, and to impose the sentence of 48 months agreed upon by all of
4  the parties.  That request is based upon the following.

5  No father. Abandoned by mother at age two because she was addicted to drugs. 27 foster home
6  placements between ages of two and 18.  Homeless and living on the streets at age 20.  Sleeping on
7  the sidewalk, getting basic hygiene and food from shelters. Countless arrests, and a number of
8  convictions for relatively minor offenses, only one of which – a snatch and grab phone theft – might
9  be considered violent.

10  Mr. Rose never had a chance from the time he was two, and now, at age 29, he has agreed to go
11  to prison for the first time -- for four years -- because of the potential penalties and mandatory
12  minimum sentence he would have otherwise faced.

13  The Probation Report sets forth Mr. Roses' life and how he got to where he is today.  It is
14  simply summarized above, and is tragic. And, what is even more tragic, is that were this case to arise
15  in another setting, it would be the kind of case that would be absolutely ideal for the intensive
16  supervision and treatment programs this Court offers to similarly situated defendants who do not face
17  mandatory minimum sentences – the kind of programs that turn people around who have spent their
18  lives in 27 foster care homes.

19  Mr. Rose can do the right thing.  He is married to a much older woman who has given him the
20  support and love he never received from his mother.  As his wife has reported, he can be a good
21  father.  He can stay at home and cook for the family.  He can watch is children and attend their ball
22  games.  He is a young man who, after serving his sentence, will try his level best to reestablish life
23  with this family and become a productive member of the community.

24  For all of the reasons indicated in the PSR, Mr. Rose asks the Court to impose a 48 month
25  sentence.

26
27
28

DEFENDANT'S SENTENCING MEMORANDUM
*ROSE*, CR 19–331 WHO

1

| | | |
|---|---|---|
|1| | |
|2|Dated:   January 31, 2020|Respectfully submitted,|
|3| |STEVEN G. KALAR|
|4| |Federal Public Defender|
| | |Northern District of California|

/S
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender